MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ELYSE MYERS,<br>        Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>        Defendant. | Case No. 2:17-cv-02582-KJN<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between Elyse Myers (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of sixty (60) days to file her Opposition to Plaintiff's Opening Brief. The current due date is July 11, 2018. The new date will be September 10, 2018. An extension of time is needed because the attorney responsible for briefing this case has been suffering

- 1 -

from significant, ongoing health issues over the past several months, requiring her to take medical leave, and is now facing a backlog of cases already on extension. This request is made in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: July 5, 2018

By: */s/ Shellie Lott *  
SHELLIE LOTT  
Attorney for Plaintiff  
(*As authorized by e-mail on July 5, 2018)

Date: July 5, 2018

MCGREGOR W. SCOTT  
United States Attorney

*/s/ Gina Tomaselli*  
GINA TOMASELLI  
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE SEPTEMBER 10, 2018.

Dated: July 6, 2018

_____  
KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE