MCGREGOR W. SCOTT
United States Attorney
Deborah Lee Stachel
Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELYSE MYERS, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:17-CV-02582-KJN <br><br> STIPULATION FOR EXTENSION |

    IT IS HEREBY STIPULATED, by and between Elyse Myers (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Motion for Summary Judgment. The current due date is September 10, 2018. The new date will be October 10, 2018. An extension of time is needed because the attorney responsible for briefing this case continues to undergo medical treatment, requiring her

-1-

to take medical leave. This motion is being filed by her supervisor because she is currently unable to work on her cases. This is the second extension of time requested by Defendant in the above referenced case. This request is made in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

.

Dated: August 29, 2018     By: */s/ Shellie Lott\**
SHELLIE LOTT

Attorney for Plaintiff
(*As authorized via telephone on 8/29/18)

Dated: August 29, 2018     MCGREGOR W. SCOTT
United States Attorney

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

IT IS SO ORDERED:

   Dated: August 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

.