1  SHELLIE LOTT, SBN: 246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

6               UNITED STATES DISTRICT COURT

7               EASTERN DISTRICT OF CALIFORNIA

8                    SACRAMENTO DIVISION

9

10 ELYSE MARIE MYERS,                     Case No.: 2:17-cv-02582-KJN

11          Plaintiff,

12 vs.                                    **STIPULATION AND PROPOSED ORDER
                                          FOR THE AWARD OF ATTORNEY FEES
13                                        PURSUANT TO THE EQUAL ACCESS
14 NANCY A BERRYHILL,                     TO JUSTICE ACT, 28 U.S.C. § 2412(d)**
   Acting Commissioner of Social Security,

15

16          Defendant

17

18      IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 EAJA in the amount of SIX-THOUSAND SEVEN-HUNDRED FIFTY dollars ($6750.00).  This

21 amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by

22
23 counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

24      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

25 will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

26 attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

27
28 assignment will depend on whether the fees and expenses are subject to any offset allowed under

the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.


                                                    Respectfully submitted,

Dated:  April 17, 2019                 */s/ Shellie Lott*
                                                    SHELLIE LOTT
                                                    Attorney for Plaintiff

                                                    McGREGOR W. SCOTT
                                                    United States Attorney
                                                    DEBORAH L. STACHEL
                                                    Regional Chief Counsel, Region IX

Date: April 17, 2019                    */s/ Daniel Talbert*
                                                    (As authorized via email on 4/4/19)
                                                    DANIEL TALBERT
                                                    Special Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ELYSE MARIE MYERS,<br><br>      Plaintiff,<br><br>vs.<br><br>NANCY A BERRYHILL,<br>Acting Commissioner of Social Security,<br><br><br>      Defendant | Case No.: 2:17-cv-02582-KJN<br><br><br>**ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of SIX-THOUSAND SEVEN-HUNDRED FIFTY dollars ($6,750.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: April 17, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

2:17-cv-02582-KJN      Page 3